UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | | |
|---|---|---|
| JAMI SEEBY ALEGRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 3:13-CV-00465-RCJ-WGC |
| v. | ) | |
| | ) | |
| UNITED PARCEL SERVICES, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on October 8, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's application to proceed *In Forma Pauperis*, and the Clerk of the Court shall file Plaintiff's Complaint.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED.  The Clerk of the Court shall file the Complaint (ECF #1-1).

IT IS FURTHER ORDERED that Count I of the Complaint is DISMISSED with prejudice.

///

1   IT IS FURTHER ORDERED that Count II is DISMISSED with leave to amend.

2   IT IS FURTHER ORDERED that Count III, insofar as it seeks to assert retaliation claims
3   based on harassment under Title VII and/or the FLSA and Equal Pay Act, be allowed to proceed;
4   however, insofar as it seeks to assert a claim that defendant violated the FMLA, Count II should be
5   dismissed with leave to amend.

6   IT IS FURTHER ORDERED that Plaintiff shall file an Amended Complaint thirty days
7   from entry of this order.

8   IT IS SO ORDERED this 22nd day of October, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE