1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                           * **

JAMI SEEBY ALEGRIA,                    )
9                                      )
                   Plaintiff,          )
10                                     )        CASE NO.: 3:13-CV-00465-RCJ-WGC
    v.                                 )
11                                     )
UNITED PARCEL SERVICES,                )        O R D E R
12                                     )
                   Defendant.          )
13  _____)

14

15          The Court has considered the Report and Recommendation of United States Magistrate

16  (ECF #3) entered on October 8, 2013, in which the Magistrate Judge recommends that the Court grant

17  Plaintiff's application to proceed *In Forma Pauperis*, and the Clerk of the Court shall file Plaintiff's

18  Complaint.  The Court has considered the pleadings and memoranda of the parties and other relevant

19  matters of record and has made a review and determination in accordance with the requirements of 28

20  U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

21          ADOPTS AND ACCEPTS the Report and Recommendation of the United States

22  Magistrate Judge (ECF #3).

23          IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis*

24  (ECF #1) is GRANTED.  The Clerk of the Court shall file the Complaint (ECF #1-1).

25          IT IS FURTHER ORDERED that Count I of the Complaint is DISMISSED with prejudice.

26  ///

1       IT IS FURTHER ORDERED that Count II is DISMISSED with leave to amend.

2       IT IS FURTHER ORDERED that Count III, insofar as it seeks to assert retaliation claims

3 based on harassment under Title VII and/or the FLSA and Equal Pay Act, be allowed to proceed;

4 however, insofar as it seeks to assert a claim that defendant violated the FMLA, Count II should be

5 dismissed with leave to amend.

6       IT IS FURTHER ORDERED that Plaintiff shall file an Amended Complaint thirty days

7 from entry of this order.

8       IT IS SO ORDERED this 22nd day of October, 2013.

ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE