UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JAMI SEEBY ALEGRIA, | ) |
| | ) CASE NO.: 3:13-CV-00465-RCJ-WGC |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED PARCEL SERVICES, | ) |
| | ) |
| Defendant. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #9) entered on April 29, 2014, in which the Magistrate Judge recommends that the Court withdraw the Notice of Intent to Dismiss (#7). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #9).

IT IS HEREBY ORDERED that the Notice of Intent to Dismiss (#7) is WITHDRAWN.

IT IS FURTHER ORDERED that Count I of the Amended Complaint (#6) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Count II of the Amended Complaint (#6), is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 6th day of June, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE