## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMI SEEBY ALEGRIA, | ) | 3:13-cv-00465-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 8, 2014 |
| UNITED PARCEL SERVICES, | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's request to access the law library. (Doc. # 17.)  Although the library of the U. S. Courts is typically restricted to members of the Bar, librarian Cheryl Bjerke has indicated if Plaintiff would contact her at 686.5776, Ms. Bjerke would make an accommodation for Ms. Alegria.

Plaintiff is advised that the Federal Court library does not provide computer access to Westlaw or Lexis. Such services may be obtained at the Washoe County Law Library, which the court understands is accessible to the public.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk