**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMI SEEBY ALEGRIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICES,<br><br>　　　　Defendant. | Case No.: 3:13-cv-00465-RCJ-WGC<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

　　IT IS HEREBY ORDERED that Court Order (ECF #34) granting Defendant's Motion to Dismiss and Judgment (ECF #35) are VACATED.

　　IT IS FURTHER ORDERED that Plaintiff's request for extension of time is granted. Plaintiff shall file a response to Defendant's Motion to Dismiss (ECF #19) on or before Friday, January 16, 2015. No Further Extensions shall be granted.

　　IT IS SO ORDERED this 23rd day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　　District Judge