UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMI SEEBY ALEGRIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICES,<br><br>    Defendant. | Case No.: 3:13-CV-00465-RCJ-WGC<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

Presently before the Court is Plaintiff's Motion to Set Aside Order to Dismiss and Request for Extension of Time (#40). On December 23, 2014 the Court entered it's Order (#39) vacating dismissal and judgment and granted Plaintiff an extension of time up to Friday, January 16, 2015 to file a response to Defendant's Motion to Dismiss (#19). Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Set Aside Order to Dismiss and Request for Extension of Time (#40) is DENIED as MOOT.

IT IS SO ORDERED this 29th day of December, 2014.

_____
ROBERT C. JONES
District Judge