UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JAMI SEEBY ALEGRIA,           )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    vs.                       )<br>                              )<br>UNITED PARCEL SERVICES,        )<br>                              )<br>        Defendant.            )<br>                              ) | 3:13-cv-00465-RCJ-WGC<br><br>**ORDER** |

Plaintiff Jami Alegria sued Defendant United Parcel Services *in pro se* in this Court for: (1) due process violations under the Fourteenth Amendment; (2) hostile working environment ("HWE") under Title VII of the Civil Rights Act of 1964; (3) retaliation under Title VII; (4) violation of the Equal Pay Act ("EPA"); and (5) violation of the Family Medical Leave Act ("FMLA"). Defendant moved to dismiss. When Plaintiff failed to timely respond, the Court granted the motion. The Court authored the dismissal order before it separately approved a stipulation extending time to respond. But the dismissal order was mistakenly entered, anyway. Upon noticing the error, the Court vacated the order and granted a motion to further extend time to respond. Plaintiff responded. The Court granted the motion on the merits, with leave to amend the EPA claim within twenty-one days of the February 10, 2015 order. Plaintiff has not timely amended.

///

## CONCLUSION

IT IS HEREBY ORDERED that the case is DISMISSED. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 25th day of March, 2015.

_____
ROBERT C. JONES
United States District Judge